| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br><br>Jessica Jocelyn Mendoza<br><br>Christian Michael Alaniz<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or ~~not~~ employed.

Date: 08/28/2024    Jessica Jocelyn Mendoza
                    Printed name of Debtor 1          Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/28/2024    Christian Michael Alaniz
                    Printed name of Debtor 2          Signature of Debtor 2

---

December 2015    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1002-1.EMP.INCOME.DEC

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 907403 | 1 of 1 | **Earnings Statement** | ADP |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting: 08/24/2024
Period Ending: 08/30/2024
Pay Date: 08/28/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**CHRISTIAN M ALANIZ**
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1200.00 | 1200.00 |
| Overtime | 45.0000 | 3.00 | 135.00 | 135.00 |
| **Gross Pay** | | | **$1,335.00** | **$1,335.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -136.80 | 136.80 |
| Social Security | -82.77 | 82.77 |
| Medicare | -19.36 | 19.36 |
| California State Income | -56.40 | 56.40 |
| California State DI | -14.69 | 14.69 |
| **Net Pay** | | **$1,024.98** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 24.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 24.00 |
| Total Hours Worked | 43.00 | 43.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 1024.98 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,335.00

---

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date: 08/28/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 1024.98 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 922794 | 1 of 1 | | ADP |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting: 08/31/2024
Period Ending: 09/06/2024
Pay Date: 09/04/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:     Std W/H Table
  State:       0
  Local:       0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1200.00 | 3075.00 |
| Overtime | 45.0000 | 3.50 | 157.50 | 292.50 |
| **Gross Pay** | | | **$1,357.50** | **$3,367.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -141.75 | 321.40 |
| Social Security | -84.17 | 208.79 |
| Medicare | -19.68 | 48.83 |
| California State Income | -58.38 | 127.30 |
| California State DI | -14.93 | 37.04 |
| **Net Pay** | | **$1,038.59** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 43.50 | 109.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 1038.59 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,357.50

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date:   09/04/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 1038.59 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 935765 | 1 of 1 | |  |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting: 09/07/2024
Period Ending: 09/13/2024
Pay Date: 09/11/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1200.00 | 4275.00 |
| Overtime | 45.0000 | 4.50 | 202.50 | 495.00 |
| **Gross Pay** | | | **$1,402.50** | **$4,770.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -151.65 | 473.05 |
| Social Security | -86.95 | 295.74 |
| Medicare | -20.34 | 69.17 |
| California State Income | -62.34 | 189.64 |
| California State DI | -15.43 | 52.47 |
| **Net Pay** | | **$1,065.79** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 44.50 | 153.50 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 1065.79 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,402.50

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date: 09/11/2024

**THIS IS NOT A CHECK**

**Deposited to the account**

| | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 1065.79 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 950907 | 1 of 1 | **Earnings Statement** | ADP |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting:   09/14/2024
Period Ending:    09/20/2024
Pay Date:         09/18/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1200.00 | 5475.00 |
| Overtime | 45.0000 | 7.49 | 337.05 | 832.05 |
| **Gross Pay** | | | **$1,537.05** | **$6,307.05** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -181.25 | 654.30 |
| Social Security | -95.30 | 391.04 |
| Medicare | -22.28 | 91.45 |
| California State Income | -75.88 | 265.52 |
| California State DI | -16.91 | 69.38 |
| **Net Pay** | **$1,145.43** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 47.49 | 200.99 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 1145.43 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $1,537.05

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date:    09/18/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 1145.43 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 963978 | 1 of 1 | **Earnings Statement** | ADP |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting: 09/21/2024
Period Ending: 09/27/2024
Pay Date: 09/25/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

**CHRISTIAN M ALANIZ**
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1200.00 | 6675.00 |
| Overtime | 45.0000 | 5.50 | 247.50 | 1079.55 |
| **Gross Pay** | | | **$1,447.50** | **$7,754.55** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -161.55 | 815.85 |
| Social Security | -89.74 | 480.78 |
| Medicare | -20.99 | 112.44 |
| California State Income | -66.72 | 332.24 |
| California State DI | -15.92 | 85.30 |
| **Net Pay** | **$1,092.58** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 45.50 | 246.49 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 1092.58 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,447.50

---

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date:    09/25/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 1092.58 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | |
|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 979100 | 1 of 1 | **Earnings Statement** |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013



Period Starting: 09/28/2024
Period Ending: 10/04/2024
Pay Date: 10/02/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 33.98 | 1019.40 | 7694.40 |
| Overtime | | | 0.00 | 1079.55 |
| **Gross Pay** | | | **$1,019.40** | **$8,773.95** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.17 | 900.02 |
| Social Security | -63.20 | 543.98 |
| Medicare | -14.78 | 127.22 |
| California State Income | -31.35 | 363.59 |
| California State DI | -11.21 | 96.51 |
| **Net Pay** | | **$814.69** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 33.98 | 280.47 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 814.69 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,019.40

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date: 10/02/2024

*** THIS IS NOT A CHECK ***

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 814.69 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 992063 | 1 of 1 | | ADP |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting: 10/05/2024
Period Ending: 10/11/2024
Pay Date: 10/09/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 36.24 | 1087.20 | 8781.60 |
| Overtime | | | 0.00 | 1079.55 |
| **Gross Pay** | | | **$1,087.20** | **$9,861.15** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.31 | 992.33 |
| Social Security | -67.41 | 611.39 |
| Medicare | -15.77 | 142.99 |
| California State Income | -35.82 | 399.41 |
| California State DI | -11.96 | 108.47 |
| **Net Pay** | | **$863.93** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Total Hours Worked | 36.24 | 316.71 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 863.93 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,087.20

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date: 10/09/2024

*THIS IS NOT A CHECK*

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 863.93 |

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| L8 / VFC 28075837 | 01/ | 1005842 | 1 of 1 | |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Period Starting: 10/12/2024
Period Ending: 10/18/2024
Pay Date: 10/16/2024



Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-2622

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 27.84 | 835.20 | 9616.80 |
| Overtime | | | 0.00 | 1079.55 |
| **Gross Pay** | | | **$835.20** | **$10,696.35** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -62.07 | 1054.40 |
| Social Security | | -51.78 | 663.17 |
| Medicare | | -12.11 | 155.10 |
| California State Income | | -19.57 | 418.98 |
| California State DI | | -9.19 | 117.66 |
| **Net Pay** | | | **$680.48** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 24.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 24.00 |
| Total Hours Worked | 27.84 | 344.55 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4617 | XXXXXXXXX | 680.48 |

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013-1510

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $835.20

Pixelpress Graphics Inc
306 Boyd St
Los Angeles, CA 90013

Pay Date: 10/16/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4617 | XXXXXXXXX | 680.48 |

THIS IS NOT A CHECK

CHRISTIAN M ALANIZ
649 East 76th Place
Los Angeles, CA 90001-2806