Certificate Number: 14912-CAC-DE-039057779

Bankruptcy Case Number: 24-18742



14912-CAC-DE-039057779

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2024, at 9:05 o'clock PM EST, Jesica Mendosa completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: November 12, 2024        By:    /s/Jai Bhatt

                               Name:  Jai Bhatt

                               Title: Counselor