Certificate Number: 14912-CAC-DE-039056686

Bankruptcy Case Number: 24-18742



14912-CAC-DE-039056686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2024</u>, at <u>9:05</u> o'clock <u>PM EST</u>, <u>Christian Alaniz</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date: <u>November 11, 2024</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>