Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 South Hope Street, Suite 1765
Los Angeles, California 90071
Telephone: (213) 335-7739

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>JESSICA JOCELYN MENDOZA<br>CHRISTIAN MICHAEL ALANIZ<br><br><br>Debtor(s) | Case No.: 2:24-bk-18742-BR<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

TO THE ABOVE NAMED DEBTOR(S), AND COUNSEL:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to **March 12, 2025** at **10:00 AM** for the reason(s) set forth below:

*Production of bank statements showing deposit of vehicle insurance payout.*
*Authentication of Mr. Alaniz' tax returns.*
*Turnover of 2024 tax returns/refunds.*

You are further notified that the meeting will be conducted by Zoom and that all appearances are **mandatory**. In the event you do not appear, your case may be dismissed.

**Zoom Meeting ID:  524 459 8731. Passcode 3158479849**

You are also further notified that any documents and/or information requested of you by the Trustee **must** be provided to his office **at least one week before your continued hearing**. **The Trustee does not accept tax returns, government-issued photo IDs or proofs of Social Security numbers electronically.** Please send them to the Trustee's office by US mail or overnight delivery.

Dated: February 6, 2025              /s/ Peter J. Mastan
                                     Peter J. Mastan, Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071.

The foregoing document described **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 6, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On February 6, 2025 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Debtor: | JESSICA JOCELYN MENDOZA, 649 E 76th Pl, Los Angeles, CA 90001-2806 |
| Joint Debtor: | CHRISTIAN MICHAEL ALANIZ, 649 E 76th Pl, Los Angeles, CA 90001-2806 |
| Debtor Attorney: | Benjamin Heston, 3090 Bristol Street #400, Costa Mesa, CA 92626 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on February 6, 2025 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 6, 2025 | TRAVIS MICHAEL TERRY | /s/ Travis Michael Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |