United States Bankruptcy Court
Central District of California

In re:   Case No. 24-18742-BR
Jessica Jocelyn Mendoza   Chapter 7
Christian Michael Alaniz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 2
Date Rcvd: Feb 07, 2025    Form ID: ntcpdiv    Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jessica Jocelyn Mendoza, Christian Michael Alaniz, 649 E 76th Pl, Los Angeles, CA 90001-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Feb 08 2025 05:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Feb 08 2025 05:13:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Feb 08 2025 00:47:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42194807 | + EDI: BANKAMER2 | Feb 08 2025 05:13:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42194808 | EDI: CAPITALONE.COM | Feb 08 2025 05:13:00 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 42194810 | EDI: CITICORP | Feb 08 2025 05:13:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42194811 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 08 2025 00:48:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 42194809 | EDI: JPMORGANCHASE | Feb 08 2025 05:13:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 42194812 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2025 00:48:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 07, 2025 | Form ID: ntcpdiv | Total Noticed: 10 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Christian Michael Alaniz bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Jessica Jocelyn Mendoza bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Interested Party Courtesy NEF christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Jessica Jocelyn Mendoza
**SSN:** xxx–xx–9007
**EIN:** N/A
Christian Michael Alaniz
**SSN:** xxx–xx–2622
649 E 76th Pl
Los Angeles, CA 90001–2806

**BANKRUPTCY NO.** 2:24–bk–18742–BR
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before May 13, 2025**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: February 7, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**20 /**