United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-18742-BR |
| Jessica Jocelyn Mendoza | Chapter 7 |
| Christian Michael Alaniz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jessica Jocelyn Mendoza, Christian Michael Alaniz, 649 E 76th Pl, Los Angeles, CA 90001-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Christian Michael Alaniz bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Jessica Jocelyn Mendoza bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Interested Party Courtesy NEF christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 S. Hope St., Suite 2800
Los Angeles, CA  90071
Telephone:  213-335-7739

Chapter 7 Trustee of the Bankruptcy Estate of
Jessica Jocelyn Mendoza and Christian Michael Alaniz

**FILED & ENTERED**

**JUL 25 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JESSICA JOCELYN MENDOZA<br>CHRISTIAN MICHAEL ALANIZ,<br><br>Debtor(s). | Case No. 2:24-bk-18742-BR<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S ABANDONMENT OF CERTAIN REAL PROPERTY AND VEHICLE**<br><br>**[No hearing Requested or Required]**<br><br>Date:<br>Time:<br>Ctrm:    1668<br>            255 E. Temple St.<br>            Los Angeles, CA  90012<br>Judge:    Hon. Barry Russell |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

On June 5, 2025, Peter J. Mastan, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Jessica Jocelyn Mendoza and Christian Michael Alaniz, filed and served the "Trustee's Notice of Intent to Abandon Certain Real Property and Vehicle" [Docket #27] (the "Notice of Intent") to abandon the following scheduled property of the ("Abandoned Property"):

**REAL PROPERTY**

649 E. 76th Pl., Los Angeles, CA 90001-2806

**VEHICLE**

2011 Dodge Challenger

The Court, having considered the Notice of Intent, no opposition having been filed, and good cause appearing, finds and directs as follows:

**1.** The Abandoned Property is of inconsequential value and benefit to the Estate.

**2.** The Trustee is authorized to immediately abandon the Abandoned Property.

**3.** Adequate notice of the Trustee's intent to abandon the Abandoned Property was given.

**IT IS SO ORDERED.**

# # #

Date: July 25, 2025

_____
Barry Russell
United States Bankruptcy Judge

1.