Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 S. Hope Street, Suite 2800
Los Angeles, California 90071
(213) 335-7739

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 2:24-bk-18742 BR |
| | ) | |
| Jessica Jocelyn Mendoza | ) | CHAPTER 7 |
| Christian Michael Alaniz | ) | |
| | ) | |
| Debtor. | ) | **REQUEST FOR COURT COSTS** |
| | ) | |
| | ) | |
| | ) | [No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned Trustee is prepared to file a Final Report and Account and hereby requests that the Clerk of the Court provide the court costs that have been incurred in this case so that they may be included in the Final Report and Account.

DATED: September 30, 2025                                    CHAPTER 7 TRUSTEE

*/s/ Peter J. Mastan*
Peter J Mastan