**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:   Jessica Jocelyn Mendoza           § Case No. 2:24-bk-18742-BR
         Christian Michael Alaniz          §
                                           §
Debtor(s)                                  §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/25/2024. The undersigned trustee was appointed on 10/25/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $       1,442.69

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 15.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $    1,427.69 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/13/2025 and the deadline for filing governmental claims was 04/23/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $360.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $360.67, for a total compensation of $360.67.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $16.84, for total expenses of $16.84.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  11/17/2025                              By:  /s/ Peter J Mastan
                                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case Number: | 24-18742 BR | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Jessica Jocelyn Mendoza | Filed (f) or Converted (c): | 10/25/24 (f) |
| | Christian Michael Alaniz | §341(a) Meeting Date: | 11/18/24 |
| Period Ending: | 11/17/25 | Claims Bar Date: | 05/13/25 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 649 E 76th Pl Los Angeles CA 90001-2806 Los Angeles County<br>After claimed exemptions and scheduled liens, this asset has no value to the Estate, and the Trustee abandoned it by Court order entered 7/25/25. | 713,800.00 | 0.00 | OA | 0.00 | FA |
| 2 | Nissan 350Z 2004 170,000 miles<br>This asset was removed from schedules when amended as the vehicle was previously totaled and the funds from the insurance payout were in the scheduled bank accounts. | 0.00 | 5,827.00 | | 0.00 | FA |
| 3 | Dodge Challenger 2011 110,000 miles<br>After claimed exemptions, this asset has no value to the Estate, and the Trustee abandoned it by Court order entered 7/25/25. | 2,500.00 | 3,453.00 | OA | 0.00 | FA |
| 4 | Household goods and furnishings<br>Fully exempt. This asset has no value to the Estate. | 1,150.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics<br>Fully exempt. This asset has no value to the Estate. | 1,900.00 | 0.00 | | 0.00 | FA |
| 6 | Equipment for sports and hobbies<br>Fully exempt. This asset has no value to the Estate. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes<br>Fully exempt. This asset has no value to the Estate. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry<br>Fully exempt. This asset has no value to the Estate. | 120.00 | 0.00 | | 0.00 | FA |
| 9 | Pets<br>This asset has no value to the Estate. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Cash on hand<br>Fully exempt. This asset has no value to the Estate. | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Bank of America<br>Fully exempt. This asset has no value to the Estate. | 9,414.00 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Bank of America<br>Fully exempt. This asset has no value to the Estate. | 55.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Bank of America<br>Fully exempt. This asset has no value to the Estate. | 70.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Bank of America<br>This asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit A

Page: 2

| Case Number: | 24-18742 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Jessica Jocelyn Mendoza | | Filed (f) or Converted (c): | 10/25/24 (f) |
| | Christian Michael Alaniz | | §341(a) Meeting Date: | 11/18/24 |
| Period Ending: | 11/17/25 | | Claims Bar Date: | 05/13/25 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Stock in PLUG<br>De minimis value to the Estate. The Trustee did not request turnover. | 10.00 | 10.00 | | 0.00 | FA |
| 16 | 2024 Tax Refunds (u)<br>The Trustee requested and received turnover of 2024 tax returns/refunds. | 0.00 | 2,000.00 | | 1,442.69 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$729,369.00** | **$11,290.00** | | **$1,442.69** | **$0.00** |

**Major activities affecting case closing:**  
TRUSTEE'S FINAL REPORT (TFR)  
The Trustee submitted his TFR to the OUST on or about 11/17/25  
*******************

QUARTERLY REVIEW PERIOD THOUGH 9/30/25  
The Trustee received Debtors' 2024 refunds, and he returned Debtors' pro rata portion of the tax refunds to Debtors. Claims are reviewed. The Trustee expects to submit his TFR to the OUST by 12/31/25. The Trustee did not employ professionals for this Estate, and tax returns are not required.  
*******************

QUARTERLY REVIEW PERIOD THOUGH 6/30/25  
The Trustee is waiting for turnover of all of Debtors' 2024 tax returns and refunds. The Trustee is reviewing claims. The Trustee does not expect to employ professionals for this Estate, and tax returns will not be required.  
*******************

INTERIM REPORT PERIOD THOUGH 3/31/25  
The Trustee is waiting for turnover of Debtors' 2024 tax returns and refunds. The claims bar date has been set, but not yet passed. The Trustee does not expect to employ professionals for this Estate, and tax returns will not be required.  
*******************

GENERAL:  
This Case commenced as a voluntary Chapter 7 on 10/25/24.

The first 341(a) meeting was held on 11/18/24.

On 11/18/24, the Trustee continued the 341(a) meeting to 1/16/25.

On 1/16/25, the Trustee continued the 341(a) meeting to 2/5/25.

On 2/5/25, the Trustee continued the 341(a) meeting to 3/12/25.

Prior to 3/12/25, the Trustee continued the 341(a) meeting to 4/16/25.

Prior to 4/16/25, the Trustee continued the 341(a) meeting to 5/30/25.

Prior to 5/30/25, the Trustee continued the 341(a) meeting to 6/26/25.

**FORM 1**                  Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**                Page: 3

Prior to 6/26/25, the Trustee continued the 341(a) meeting to 7/23/25.

Prior to 7/23/25, the Trustee continued the 341(a) meeting to 9/11/25.

Prior to 9/11/25, the Trustee concluded the 341(a) meeting.

** ORDER OF BOTH DISCHARGE
Entered: 1/27/25

** Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Joint Debtor Christian Michael Alaniz, Debtor Jessica Jocelyn Mendoza.
Filed: 2/5/25

** Request for court costs Filed by Trustee Peter J Mastan (TR).
Filed: 9/30/25

** Notice to professionals to file application for compensation with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 9/30/25

** Notice to Pay Court Costs Due Sent To: Peter J Mastan trustee, Total Amount Due $0.
Filed: 9/30/25

PROFESSIONAL:
The Trustee did not employ professionals for this Estate.

CLAIMS:
Notification of Asset Case was filed on 2/7/25.
Claims Bar Date: 5/13/25
Gov't Claims Bar Date: 4/23/25

Claims reviewed.

TAXES:
Tax returns not required for this Estate.

ADMIN. STATUS:
The real property and vehicle were abandoned by Court order.

** Order Approving Trustee's Abandonment of certain real property and vehicle
Entered: 7/25/25

The Trustee requested and received Debtors' 2024 tax refunds, and he returned Debtors' pro rata portion of the refunds to Debtors.

All other assets will be abandoned at case closing.

INSURANCE:
All assets that require insurance were abandoned by Court order.

PENDING LITIGATION
None.

**Initial Projected Date of Final Report (TFR):** October 25, 2026        **Current Projected Date of Final Report (TFR):** October 25, 2026

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 4

| November 17, 2025 | /s/ Peter J Mastan |
|---|---|
| Date | Peter J Mastan |

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 24-18742 BR | | Trustee: | Peter J Mastan |
| --- | --- | --- | --- | --- |
| Case Name: | Jessica Jocelyn Mendoza | | Bank Name: | Flagstar Bank, N.A. |
| | Christian Michael Alaniz | | Account: | ******1569 - General Checking |
| **Taxpayer ID#:** | **-***6781 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/17/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/26/25 | Asset #16 | Jessica Mendoza | Turnover of Christian Alaniz' 2024 tax refunds. $1,442 belongs to the Estate (297 pre-petition days * $4.8575 daily rate).  $330.31 will be returned to Debtors after check clears. | 1224-000 | 1,773.00 | | 1,773.00 |
| 07/02/25 | | FLAGSTAR BANK | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,763.00 |
| 07/03/25 | | FLAGSTAR BANK | Bank and Technology Services Fee | 2600-000 | | -10.00 | 1,773.00 |
| 07/03/25 | | Flagstar Bank | Expense adjustment applied to incorrect account | 2600-000 | | 4,000.00 | -2,227.00 |
| 07/07/25 | | Flagstar Bank | Correction: Expense adjustment applied to incorrect account | 2600-000 | | -4,000.00 | 1,773.00 |
| 07/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,768.00 |
| 08/07/25 | Asset #16 1001 | Christian Michael Alaniz | Return of Debtor's pro rata portion of Mr. Alaniz' 2024 tax refunds. ($1,773 turned over: $1,442 for the Estate (297 pre-petition days * $4.8575 daily rate) and the remainder for the Debtors ($330.31). | 1224-000 | -330.31 | | 1,437.69 |
| 08/29/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,432.69 |

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 24-18742 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Jessica Jocelyn Mendoza | | Bank Name: | Flagstar Bank, N.A. |
| | Christian Michael Alaniz | | Account: | ******1569 - General Checking |
| Taxpayer ID#: | **-***6781 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/17/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,427.69 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 1,442.69 | 15.00 | $1,427.69 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 1,442.69 | 15.00 | |
| | Less: Payment to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$1,442.69** | **$15.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1569** | 1,442.69 | 15.00 | 1,427.69 |
| | **$1,442.69** | **$15.00** | **$1,427.69** |

# Central District of California
# Claims Register

## 2:24-bk-18742-BR Jessica Jocelyn Mendoza and Christian Michael Alaniz

| | |
|---|---|
| **Judge:** Barry Russell | **Chapter:** 7 |
| **Office:** Los Angeles | **Last Date to file claims:** 05/13/2025 |
| **Trustee:** Peter J Mastan (TR) | **Last Date to file (Govt):** 04/23/2025 |

| Creditor: (42350749)<br>US Department of Education c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508 | **Claim No: 1**<br>Original Filed Date: 02/25/2025<br>Original Entered Date: 02/25/2025 | Status:<br>Filed by: CR<br>Entered by: AUTP<br>Modified: |
|---|---|---|

Amount claimed: $29868.98    **Claim approved as general unsecured.**

*History:*

Details  1-1  02/25/2025 Claim #1 filed by US Department of Education c/o Nelnet, Amount claimed: $29868.98 (AUTP)

*Description:*

*Remarks:* (1-1) Account Number (last 4 digits):9007

| Creditor: (42355644)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | **Claim No: 2**<br>Original Filed Date: 02/27/2025<br>Original Entered Date: 02/27/2025 | Status:<br>Filed by: CR<br>Entered by: Gatlyn Lindbergh<br>Modified: |
|---|---|---|

Amount claimed: $18232.49    **Claim approved as general unsecured.**

*History:*

Details  2-1  02/27/2025 Claim #2 filed by JPMorgan Chase Bank, N.A., Amount claimed: $18232.49 (Lindbergh, Gatlyn)

*Description:*

*Remarks:*

| Creditor: (42365197)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | **Claim No: 3**<br>Original Filed Date: 03/05/2025<br>Original Entered Date: 03/05/2025 | Status:<br>Filed by: CR<br>Entered by: Shelby Leigh Mashigian<br>Modified: |
|---|---|---|

Amount claimed: $16134.70    **Claim approved as general unsecured.**

*History:*

Details  3-1  03/05/2025 Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $16134.70 (Mashigian, Shelby)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (42365518)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | **Claim No: 4**<br>*Original Filed Date:* 03/05/2025<br>*Original Entered Date:* 03/05/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shelby Leigh Mashigian<br>*Modified:* |
| Amount claimed: $13001.98 | **Claim approved as general unsecured.** | |

*History:*

Details  4-1  03/05/2025 Claim #4 filed by JPMorgan Chase Bank, N.A., Amount claimed: $13001.98 (Mashigian, Shelby)

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** Jessica Jocelyn Mendoza and Christian Michael Alaniz
**Case Number:** 2:24-bk-18742-BR
**Chapter:** 7
**Date Filed:** 10/25/2024
**Total Number Of Claims:** 4

| Total Amount Claimed* | $77238.15 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/14/2025 16:18:48 | | | |
| **PACER Login:** | pmastantrustee | **Client Code:** | 184.99 |
| **Description:** | Claims Register | **Search Criteria:** | 2:24-bk-18742-BR Filed or Entered From: 1/1/1980 Filed or Entered To: 11/14/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-18742-BR
Case Name: Jessica Jocelyn Mendoza
Trustee Name: Peter J Mastan

**Balance on hand:** $ 1,427.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,427.69

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Peter J Mastan | 360.67 | 0.00 | 360.67 |
| Trustee, Expenses - Peter J Mastan | 16.84 | 0.00 | 16.84 |

Total to be paid for chapter 7 administration expenses: $ 377.51
Remaining balance: $ 1,050.18

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 1,050.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,050.18

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $77,238.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.360 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Department of Education c/o Nelnet | 29,868.98 | 0.00 | 406.12 |
| 2 | JPMorgan Chase Bank, N.A. | 18,232.49 | 0.00 | 247.90 |
| 3 | JPMorgan Chase Bank, N.A. | 16,134.70 | 0.00 | 219.38 |
| 4 | JPMorgan Chase Bank, N.A. | 13,001.98 | 0.00 | 176.78 |

Total to be paid for timely general unsecured claims: $ 1,050.18
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Remaining balance: $_____0.00

**UST Form 101-7-TFR (05/1/2011)**