United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-18742-BR |
| Jessica Jocelyn Mendoza | Chapter 7 |
| Christian Michael Alaniz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdf001 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jessica Jocelyn Mendoza, Christian Michael Alaniz, 649 E 76th Pl, Los Angeles, CA 90001-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 18 2025 00:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 18 2025 01:00:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Dec 18 2025 00:59:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42194807 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 18 2025 00:59:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42194808 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 01:06:50 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 42194809 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 18 2025 01:06:35 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 42194810 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 01:06:46 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42194811 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 18 2025 00:59:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 42355644 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 18 2025 00:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 42194812 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2025 00:59:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 42350749 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 18 2025 00:59:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 42365197 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: pdf001 | Total Noticed: 12 |

| | | |
|---|---|---|
| 42365518 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Christian Michael Alaniz bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Jessica Jocelyn Mendoza bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Interested Party Courtesy NEF christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:     Jessica Jocelyn Mendoza             § Case No. 2:24-bk-18742-BR
           Christian Michael Alaniz            §
                                               §
Debtor(s)                                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter J Mastan, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> U.S. BANKRUPTCY COURT
> EDWARD R. ROYBAL FEDERAL BUILDING
> 255 E. TEMPLE STREET, 1ST FLOOR
> LOS ANGELES, CA  90012

A Hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00 a.m. on January 13, 2026 in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple St, Los Angeles, CA 90012.

Judge Russell will be holding hearings both in person and via Zoom for Government ("ZoomGov")  (https://cacb.zoomgov.com). It is extremely important that counsel and all interested parties read the Judge's tentative rulings on his law and motion/trial calendar very carefully as the tentative rulings will indicate whether an in person appearance at a hearing is mandatory.

The calendar with tentative rulings will be posted approximately one week prior to the scheduled hearing(s) and can be accessed at the following web address: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=BR Click on the "Select Judge" tab on the upper left side of the screen and select Judge Russell.

In Person appearances:  If an in person appearance is required, all counsel, parties and witnesses are to appear in Courtroom 1668 at 255 East Temple Street, Los Angeles, CA 90012 and no appearance (s) will be allowed by any person either telephonically or via ZoomGov.

All persons present in the courtroom must abide by all Covid 19-related safety procedures at all times including, but not limited to, the wearing of face masks and the observation of social distancing. For the sake of everyone's safety and respect for others, there will be no exceptions to this Covid 19 policy. Water is no longer provided at the counsel tables.

ZoomGov appearances: For ZoomGov hearings, the first page of Judge Russell's publicly posted hearing calendar will provide video and audio connection information for the hearings. All ZoomGov

**UST Form 101-7-NFR (10/1/2010)**

appearances by attorneys shall be by video on a laptop computer or on a ZoomGov interface on a mobile device or tablet.

      If an unexpected emergency arises on the day of the hearing, attorneys who wish to appear by calling in to the ZoomGov telephone conference line must contact chambers at (213) 894-6091 and obtain approval to appear telephonically on ZoomGov. The Courtroom Deputy will be in court and unavailable to contact by phone on the day of each hearing.

      Attorneys who are aware prior to the hearing date that they cannot appear at an in person hearing must contact the Courtroom Deputy at (213) 894-3687 prior to the hearing date to obtain approval to appear telephonically via ZoomGov.

      All parties must notify the Court of his/her appearance, whether in person or via ZoomGov, no later than 2:00 p.m. on the day prior to the hearing by emailing the Courtroom Deputy at stacey_fortier@cacb.uscourts.gov(link sends e-mail). In the subject line of the e-mail, please specify the date, time and calendar number(s) of the hearing(s) (for example: Re: September 15, 2020, 10:00 a.m., Calendar No. #, In Person/ZoomGov)

      Any person wishing to object to any fee application that has not been already approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged, and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 12/17/2025    By: /s/ Peter J Mastan
                                                               Trustee

Peter J Mastan
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
(213) 335-7738
peter.mastan@dinsmore.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:    Jessica Jocelyn Mendoza              §    Case No. 2:24-bk-18742-BR
         Christian Michael Alaniz              §
                                               §
Debtor(s)                                      §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 1,442.69 |
| *and approved disbursements of* | $ | 15.00 |
| *leaving a balance on hand of* [1] | $ | 1,427.69 |
| **Balance on hand:** | $ | 1,427.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    1,427.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Peter J Mastan | 360.67 | 0.00 | 360.67 |
| Trustee, Expenses - Peter J Mastan | 16.84 | 0.00 | 16.84 |

Total to be paid for chapter 7 administration expenses:    $    377.51
Remaining balance:    $    1,050.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| **NONE** | |

|  |  |
|---|---|
| Total to be paid for prior chapter administration expenses: | $ 0.00 |
| Remaining balance: | $ 1,050.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 1,050.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $77,238.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.360 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Department of Education c/o Nelnet | 29,868.98 | 0.00 | 406.12 |
| 2 | JPMorgan Chase Bank, N.A. | 18,232.49 | 0.00 | 247.90 |
| 3 | JPMorgan Chase Bank, N.A. | 16,134.70 | 0.00 | 219.38 |
| 4 | JPMorgan Chase Bank, N.A. | 13,001.98 | 0.00 | 176.78 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 1,050.18 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Peter J Mastan
Trustee

Peter J Mastan
550 S. Hope Street
Suite 2800
Los Angeles, CA  90071
(213) 335-7738
peter.mastan@dinsmore.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**