**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:      Jessica Jocelyn Mendoza            §   Case No. 2:24-bk-18742-BR
            Christian Michael Alaniz           §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Peter J Mastan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $14,384.00            Assets Exempt:      $714,985.00
*(without deducting any secured claims)*

Total Distribution to Claimants:   $1,050.18        Claims Discharged
                                                    Without Payment:   $131,806.97

Total Expenses of Administration:  $392.51

3)  Total gross receipts of $1,442.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,442.69 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 470,000.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 392.51 | 392.51 | 392.51 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 129,708.00 | 77,238.15 | 77,238.15 | 1,050.18 |
| **TOTAL DISBURSEMENTS** | **$599,708.00** | **$77,630.66** | **$77,630.66** | **$1,442.69** |

4)  This case was originally filed under Chapter 7 on 10/25/2024. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated:  05/26/2026                    By: /s/ Peter J Mastan
                                                                     Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1  - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2024 Tax Refunds | 1224-000 | 1,442.69 |
| **TOTAL GROSS RECEIPTS** | | **$1,442.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationstar Mortgage | 4110-000 | 470,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$470,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter J Mastan | 2100-000 | N/A | 360.67 | 360.67 | 360.67 |
| Peter J Mastan | 2200-000 | N/A | 16.84 | 16.84 | 16.84 |
| Flagstar Bank, N.A. | 2600-000 | N/A | 15.00 | 15.00 | 15.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$392.51** | **$392.51** | **$392.51** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Department of Education c/o Nelnet | 7100-000 | 29,475.00 | 29,868.98 | 29,868.98 | 406.12 |
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | 17,000.00 | 18,232.49 | 18,232.49 | 247.90 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | 14,921.00 | 16,134.70 | 16,134.70 | 219.38 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | 12,693.00 | 13,001.98 | 13,001.98 | 176.78 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 23,807.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CAPITAL ONE | 7100-000 | 2,559.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CAPITAL ONE | 7100-000 | 1,902.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-000 | 14,921.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citibank | 7100-000 | 12,430.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$129,708.00** | **$77,238.15** | **$77,238.15** | **$1,050.18** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case Number: | 24-18742 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Jessica Jocelyn Mendoza | | Filed (f) or Converted (c): | 10/25/24 (f) |
| | Christian Michael Alaniz | | §341(a) Meeting Date: | 11/18/24 |
| Period Ending: | 05/26/26 | | Claims Bar Date: | 05/13/25 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 649 E 76th Pl Los Angeles CA 90001-2806 Los Angeles County After claimed exemptions and scheduled liens, this asset has no value to the Estate, and the Trustee abandoned it by Court order entered 7/25/25. | 713,800.00 | 0.00 | OA | 0.00 | FA |
| 2 | Nissan 350Z 2004 170,000 miles This asset was removed from schedules when amended as the vehicle was previously totaled and the funds from the insurance payout were in the scheduled bank accounts. | 0.00 | 5,827.00 | | 0.00 | FA |
| 3 | Dodge Challenger 2011 110,000 miles After claimed exemptions, this asset has no value to the Estate, and the Trustee abandoned it by Court order entered 7/25/25. | 2,500.00 | 3,453.00 | OA | 0.00 | FA |
| 4 | Household goods and furnishings Fully exempt. This asset has no value to the Estate. | 1,150.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics Fully exempt. This asset has no value to the Estate. | 1,900.00 | 0.00 | | 0.00 | FA |
| 6 | Equipment for sports and hobbies Fully exempt. This asset has no value to the Estate. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes Fully exempt. This asset has no value to the Estate. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry Fully exempt. This asset has no value to the Estate. | 120.00 | 0.00 | | 0.00 | FA |
| 9 | Pets This asset has no value to the Estate. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Cash on hand Fully exempt. This asset has no value to the Estate. | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Bank of America Fully exempt. This asset has no value to the Estate. | 9,414.00 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Bank of America Fully exempt. This asset has no value to the Estate. | 55.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Bank of America Fully exempt. This asset has no value to the Estate. | 70.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Bank of America This asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 2

**Case Number:** 24-18742 BR
**Case Name:** Jessica Jocelyn Mendoza
Christian Michael Alaniz
**Period Ending:** 05/26/26

**Trustee:** Peter J Mastan
**Filed (f) or Converted (c):** 10/25/24 (f)
**§341(a) Meeting Date:** 11/18/24
**Claims Bar Date:** 05/13/25

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Stock in PLUG<br>De minimis value to the Estate.  The Trustee did not request turnover. | 10.00 | 10.00 | | 0.00 | FA |
| 16 | 2024 Tax Refunds (u)<br>The Trustee requested and received turnover of 2024 tax returns/refunds. | 0.00 | 2,000.00 | | 1,442.69 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$729,369.00** | **$11,290.00** | | **$1,442.69** | **$0.00** |

**Major activities affecting case closing:**
TRUSTEE'S DISTRIBUTION REPORT (TDR)
The Trustee submitted his TDR to the OUST on or about 5/26/26.
*******************

TRUSTEE'S FINAL REPORT (TFR)
The Trustee submitted his TFR to the OUST on or about 11/17/25
*******************

QUARTERLY REVIEW PERIOD THOUGH 9/30/25
The Trustee received Debtors' 2024 refunds, and he returned Debtors' pro rata portion of the tax refunds to Debtors.  Claims are reviewed.  The Trustee expects to submit his TFR to the OUST by 12/31/25.  The Trustee did not employ professionals for this Estate, and tax returns are not required.
*******************

QUARTERLY REVIEW PERIOD THOUGH 6/30/25
The Trustee is waiting for turnover of all of Debtors' 2024 tax returns and refunds.  The Trustee is reviewing claims.  The Trustee does not expect to employ professionals for this Estate, and tax returns will not be required.
*******************

INTERIM REPORT PERIOD THOUGH 3/31/25
The Trustee is waiting for turnover of Debtors' 2024 tax returns and refunds.  The claims bar date has been set, but not yet passed.  The Trustee does not expect to employ professionals for this Estate, and tax returns will not be required.
*******************

GENERAL:
This Case commenced as a voluntary Chapter 7 on 10/25/24.

The first 341(a) meeting was held on 11/18/24.

On 11/18/24, the Trustee continued the 341(a) meeting to 1/16/25.

On 1/16/25, the Trustee continued the 341(a) meeting to 2/5/25.

On 2/5/25, the Trustee continued the 341(a) meeting to 3/12/25.

Prior to 3/12/25, the Trustee continued the 341(a) meeting to 4/16/25.

Prior to 4/16/25, the Trustee continued the 341(a) meeting to 5/30/25.

**FORM 1**

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Prior to 5/30/25, the Trustee continued the 341(a) meeting to 6/26/25.

Prior to 6/26/25, the Trustee continued the 341(a) meeting to 7/23/25.

Prior to 7/23/25, the Trustee continued the 341(a) meeting to 9/11/25.

Prior to 9/11/25, the Trustee concluded the 341(a) meeting.

** ORDER OF BOTH DISCHARGE
Entered: 1/27/25

** Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Joint Debtor Christian Michael Alaniz, Debtor Jessica Jocelyn Mendoza.
Filed: 2/5/25

** Request for court costs Filed by Trustee Peter J Mastan (TR).
Filed: 9/30/25

** Notice to professionals to file application for compensation with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 9/30/25

** Notice to Pay Court Costs Due Sent To: Peter J Mastan trustee, Total Amount Due $0.
Filed: 9/30/25

** Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Peter J. Mastan. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee.
Filed: 12/17/25

** Notice of Trustee's Final Report and Applications for Compensation
Filed: 12/17/25

** Order of Distribution for Peter J Mastan (TR), Trustee Chapter 7, Period: to , Fees awarded: $360.67, Expenses awarded: $16.84; Awarded on 1/15/26
Entered: 1/15/26

PROFESSIONAL:
The Trustee did not employ professionals for this Estate.

CLAIMS:
Notification of Asset Case was filed on 2/7/25.
Claims Bar Date: 5/13/25
Gov't Claims Bar Date: 4/23/25

Claims reviewed.

TAXES:
Tax returns not required for this Estate.

ADMIN. STATUS:
The real property and vehicle were abandoned by Court order.

** Order Approving Trustee's Abandonment of certain real property and vehicle
Entered: 7/25/25

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Page:  4

The Trustee requested and received Debtors' 2024 tax refunds, and he returned Debtors' pro rata portion of the refunds to Debtors.

All other assets will be abandoned at case closing.

INSURANCE:
All assets that require insurance were abandoned by Court order.

PENDING LITIGATION
None.

**Initial Projected Date of Final Report (TFR):**  October 25, 2026                    **Current Projected Date of Final Report (TFR):**  November 17, 2025 (Actual)

| May 26, 2026 | /s/ Peter J Mastan |
|---|---|
| Date | Peter J Mastan |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 24-18742 BR | |
| **Case Name:** | Jessica Jocelyn Mendoza | |
| | Christian Michael Alaniz | |
| **Taxpayer ID#:** | **-***6781 | |
| **Period Ending:** | 05/26/26 | |

| | |
|---|---|
| **Trustee:** | Peter J Mastan |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******1569 - General Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/26/25 | Asset #16 | Jessica Mendoza | Turnover of Christian Alaniz' 2024 tax refunds. $1,442 belongs to the Estate (297 pre-petition days * $4.8575 daily rate).  $330.31 will be returned to Debtors after check clears. | 1224-000 | 1,773.00 | | 1,773.00 |
| 07/02/25 | | FLAGSTAR BANK | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,763.00 |
| 07/03/25 | | FLAGSTAR BANK | Bank and Technology Services Fee | 2600-000 | | -10.00 | 1,773.00 |
| 07/03/25 | | Flagstar Bank | Expense adjustment applied to incorrect account | 2600-000 | | 4,000.00 | -2,227.00 |
| 07/07/25 | | Flagstar Bank | Correction: Expense adjustment applied to incorrect account | 2600-000 | | -4,000.00 | 1,773.00 |
| 07/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,768.00 |
| 08/07/25 | Asset #16 1001 | Christian Michael Alaniz | Return of Debtor's pro rata portion of Mr. Alaniz' 2024 tax refunds. ($1,773 turned over: $1,442 for the Estate (297 pre-petition days * $4.8575 daily rate) and the remainder for the Debtors ($330.31). | 1224-000 | -330.31 | | 1,437.69 |
| 08/29/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,432.69 |
| 09/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,427.69 |
| 02/25/26 | 1002 | Peter J Mastan | Dividend of 100.000% , Paid pursuant to Court order entered 1/15/26 | 2100-000 | | 360.67 | 1,067.02 |
| 02/25/26 | 1003 | Peter J Mastan | Dividend of 100.000% , Paid pursuant to Court order entered 1/15/26 | 2200-000 | | 16.84 | 1,050.18 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 2

| Case Number: | 24-18742 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Jessica Jocelyn Mendoza | | Bank Name: | Flagstar Bank, N.A. |
| | Christian Michael Alaniz | | Account: | ******1569 - General Checking |
| Taxpayer ID#: | **-***6781 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/26/26 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/25/26 | 1004 | US Department of Education c/o Nelnet | Dividend of 1.360%, Claim # 1, Paid pursuant to Court order entered 1/15/26 | 7100-000 | | 406.12 | 644.06 |
| 02/25/26 | 1005 | JPMorgan Chase Bank, N.A. | Dividend of 1.360%, Claim # 2, Paid pursuant to Court order entered 1/15/26 | 7100-000 | | 247.90 | 396.16 |
| 02/25/26 | 1006 | JPMorgan Chase Bank, N.A. | Dividend of 1.360%, Claim # 3, Paid pursuant to Court order entered 1/15/26 | 7100-000 | | 219.38 | 176.78 |
| 02/25/26 | 1007 | JPMorgan Chase Bank, N.A. | Dividend of 1.360%, Claim # 4, Paid pursuant to Court order entered 1/15/26 | 7100-000 | | 176.78 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,442.69 | 1,442.69 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,442.69 | 1,442.69 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,442.69** | **$1,442.69** | |

| | |
|---|---|
| Net Receipts: | $1,442.69 |
| Net Estate: | $1,442.69 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1569** | 1,442.69 | 1,442.69 | 0.00 |
| | **$1,442.69** | **$1,442.69** | **$0.00** |